# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FIRST OPTION MORTGAGE, LLC,

    Plaintiff,

v.

NIGEL TABBERT, *et al.*,

    Defendants.

Case No. 2:12-CV-00600-KJD-VCF

**ORDER**

    Presently before the Court is Plaintiff's Motion to Continue Hearing on Preliminary Injunction (#28). Defendant Prospect Mortgage Company, LLC filed a response in opposition (#33). Defendant Nigel Tabbert failed to file any response.

    The motion for preliminary injunction is set for a hearing on Monday, May 14, 2012. On Friday, May 11, 2012, the magistrate judge granted, in part, Plaintiff's motion for expedited discovery. The magistrate judge ordered that the expedite discovery be concluded by May 24, 2012. Having read and considered the motion and opposition, and good cause being found, the Court grants Plaintiff's motion to extend time. See Federal Rule of Civil Procedure 6(b)(1).

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Hearing on Preliminary Injunction (#28) is **GRANTED**;

IT IS FURTHER ORDERED that the hearing on Plaintiff's motion for preliminary injunction is continued until May 29, 2012, at 9:00 a.m. in Courtroom 6D.

DATED this 11TH day of May 2012.

_____
Kent J. Dawson
United States District Judge